TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section
JOSHUA LEE (Cal. Bar No. 318332)
Assistant United States Attorney
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3165/3183
Facsimile: (213) 894-0141
E-mail: Lyndsi.Allsop@usdoj.gov
Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
11/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ckd DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO GOMEZ,
aka "Rob Flores,"
aka "Robert,"
aka "Rob,"
aka "Fat Boy,"
aka "Fats,"
aka "Rooster,"
aka "Gallo,"
aka "🐔,"
aka "🐓,"

Defendant.

CR 2:26-00621-SPG

<u>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING INDICTMENT AND RELATED ARREST WARRANT; DECLARATION OF LYNDSI ALLSOP</u>

**(UNDER SEAL)**

The government hereby applies ex parte for an order permitting the indictment and arrest warrant in the above-titled case to be unsealed.

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Lyndsi Allsop.

Dated: November 10, 2026

Respectfully submitted,

TOOD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

LYNDSI ALLSOP
JOSHUA J. LEE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF LYNDSI ALLSOP**

I, Lyndsi Allsop, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Roberto Gomez, 2:25-cr-00621-SPG (C.D. Cal.). The indictment in this case was presented to a federal grand jury in the Central District of California on September 30, 2026. On that same date, the grand jury returned the indictment, and the Court issued a warrant for defendant's arrest.

2. The defendant has become aware of the charges against him. There is no longer any need for the indictment and arrest warrant to remain under seal. As such, the government respectfully moves for the indictment and arrest warrant in the above-titled case to be unsealed.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 10, 2026.

LYNDSI ALLSOP